# EXHIBIT A

**Barrett Daffin Frappier**
**Levine & Block, LLP**
15000 Surveyor Boulevard
Addison, TX 75001

US POSTAGE
FIRST-CLASS MAIL
ZIP 75001  11/2/2011  HASLER
$3.29⁰ 
019H13101146



7160 9668 9670 5904 9590

20110168300144

RONALD SCIORTINO
6038 EAGLES REST TRAIL
SUGAR HILL, GA  30518

## IMPORTANT INFORMATION IS CONTAINED WITHIN THE ATTACHED NOTICE.

## PLEASE READ CAREFULLY

**BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

02 02 GA N Y

HP

FCUS_Std_Banner_Portrait_DocGen_HP.rpt - (10/14/2011) / Ver-07

BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP
15000 Surveyor Boulevard
Addison, Texas 75001
Telephone: (972) 341-5398
Telecopier: (972) 661-7723

November 02, 2011

**VIA CERTIFIED MAIL AND REGULAR U.S. POSTAL MAIL**
**7160-9668-9670-5904-9590**

RONALD SCIORTINO
6038 EAGLES REST TRAIL
SUGAR HILL, GA  30518

| RE: | Mortgage Servicer: | NATIONSTAR MORTGAGE |
|---|---|---|
| | Loan #: | 0596631283 |
| | BDFLB File #: | 20110168300144 |
| | Property Address: | 6038 EAGLES REST TRAIL |
| | | SUGAR HILL, GEORGIA  30518 |

This law firm represents NATIONSTAR MORTGAGE, the Mortgage Servicer, in its mortgage banking activities in the State of Georgia.  We have been authorized by the Mortgage Servicer to initiate legal proceedings in connection with the collection of a debt associated with a Note and Security Deed (the "Debt").

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Federal law gives you thirty (30) days after you receive this letter to dispute the validity of the Debt or any part thereof.  If you don't dispute the Debt within that period, this firm will assume that the Debt is valid.  If you do dispute the Debt by notifying this firm in writing, the firm will obtain and mail verification of the Debt to you.  If within the same period, you request in writing the name and address of the original mortgagee, and if the original mortgagee is different from the current mortgagee, this firm will furnish you with that information.

The law does not require this firm to wait until the end of the thirty-day period before taking action to collect the Debt.  If, however, you have requested verification of the Debt or the name and address of the original mortgagee within the time stated above, this firm will cease collection activities until such requested information has been mailed to you.

As of the date of this letter, the amount of debt is $385,967.40.  Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater.  If you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection.  For further information, write or call the Homeowners' Assistance Department of this firm at (972) 341-5398.  Payment must be made in certified funds, cashier's check or money order.

If you are not obligated on the Debt, or if the Debt has been discharged in a bankruptcy proceeding, the Mortgage Servicer is not attempting to collect from you personally. You are being given this notice as a courtesy because your interest in the Real Estate may be affected.

Sincerely,

BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP