# EXHIBIT B

**Barrett Daffin Frappier**
**Levine & Block, LLP**
15000 Surveyor Boulevard
Addison, TX 75001

US POSTAGE
FIRST-CLASS MAIL        $0.44⁰   
ZIP 75001  11/3/2011  HASLER
019H13101146


10662345

20110168300144

RONALD SCIORTINO
6038 EAGLES REST TRAIL
SUGAR HILL, GA 30518

# IMPORTANT INFORMATION IS CONTAINED
# WITHIN THE ATTACHED NOTICE.

# PLEASE READ CAREFULLY

# BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP
# IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A
# DEBT.  ANY INFORMATION OBTAINED WILL BE USED
# FOR THAT PURPOSE.

02 01 GA N Y                                                                                    HP

FCUS_Std_Banner_Portrait_DocGen_HP.rpt - (10/14/2011) / Ver-07

BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP
15000 Surveyor Boulevard
Addison, Texas 75001
Telephone: (972) 341-5398
Telecopier: (972) 661-7723

November 03, 2011

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED
AND REGULAR U.S. POSTAL MAIL**

RONALD SCIORTINO
6038 EAGLES REST TRAIL
SUGAR HILL, GA  30518

| RE: | Lender: | NATIONSTAR MORTGAGE LLC |
|---|---|---|
| | Mortgage Servicer | NATIONSTAR MORTGAGE |
| | Loan #: | 0596631283 |
| | Our File #: | 20110168300144 |
| | Property Address: | 6038 EAGLES REST TRAIL |
| | | SUGAR HILL, GEORGIA  30518 |

**PLEASE BE ADVISED THAT THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

This law firm represents NATIONSTAR MORTGAGE, the Mortgage Servicer, in its mortgage banking activities in the State of Georgia. We have been authorized by the Mortgage Servicer to initiate legal proceedings in connection with the collection of a debt associated with a Note and Security Deed (the "Debt").

By separate communication (the "Initial Communication Letter") you have been advised of your rights under the Fair Debt Collection Practices Act.  That letter also advised you of certain rights (the "Borrower's Rights" - including your right to validate the Debt), which you could exercise within 30 days of your receipt of the Initial Communication Letter. Nothing in this letter will prevent you from exercising the Borrower's Rights as explained in the Initial Communication Letter.

Please be advised that the lender intends to enforce the provisions in the referenced Note and Security Deed relative to payment of attorney's fees in addition to the principal and interest owed. The terms of your Note call for the addition of attorney's fees to the Debt in cases of collection by or through an attorney. The Official Code of Georgia, Section §13-1-11 requires that you be allowed ten (10) days from the receipt of this letter to pay the entire amount owed without having to pay attorney's fees. After that time, full attorney's fees allowed by Georgia law may be added to the Debt. For an updated, current and accurate payoff figure call this firm's Homeowners' Assistance Department at (972) 341-5398.

This letter is formal notice of the following:
1. Payment of the past due balance on the Debt has not been received by the Mortgage Servicer. Because of this default, the Mortgagee has elected to ACCELERATE the maturity of the Debt.

2. The amount of the Debt as of the date of this notice, according to the records of the Mortgage Servicer, is $386,036.12. Because of interest and other charges that may vary from day to day, the amount due on the day you pay may be greater. If you pay the amount shown above, an adjustment may be necessary after we receive your check, in

which event we will inform you before depositing the check for collection. For further information, write or call the Homeowners' Assistance Department of this firm at (972) 341-5398. Payment must be made in certified funds, cashier's check or money order(s).

3. Enclosed is a copy of the Notice of Sale Under Power submitted to the publisher of the legal newspaper. The sale will be conducted within the legal hours of sale on Tuesday, December 06, 2011 at the GWINNETT County Courthouse.

4. All of the obligors and guarantors (if any) of the Debt have the right to reinstate the loan as provided in the Security Deed and as provided by Georgia law. You may obtain reinstatement figures by calling the Homeowners' Assistance Department of this firm at (972) 341-5398.

5. All of the obligors and guarantors (if any) have the right to bring a court action to assert the non-existence of a default or any other defense to acceleration and foreclosure which they may have.

Please be advised that if you are currently or have been, within the last (3) months, in the military service AND if you joined after signing the Security Deed now in foreclosure, you may be entitled to relief under the Service Members Civil Relief Act 50 U.S.C. App. §§501-596, et seq. In particular, the provisions contained in 50 U.S.C. §502 are designed for the benefit of persons in the military service whose ability to comply with the terms of their mortgage obligation is materially affected by reason of their military service. If you believe you are entitled to relief under the Service Members Civil Relief Act of 2003, please contact our office immediately. When contacting this office as to your military service, you must provide positive proof of your military status. If you do not provide this information, we will assume that you are not entitled to protection under this Act.

Please note that this letter is being sent to you in order to comply with Georgia Statutory foreclosure law requirements and in no way prevents you from exercising the Borrower's Rights as explained in the Initial Communication Letter.

Sincerely,

BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP

# Notice of Sale Under Power

State of Georgia
County of GWINNETT

Under and by virtue of the Power of Sale contained in a Deed to Secure Debt given by RONALD SCIORTINO AND JULIE F SCIORTINO to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR PENSACOLA GUARANTEE MORTGAGE, dated 09/29/2006, and Recorded on 12/04/2006 as Book No. 47319 and Page No. 0106, GWINNETT County, Georgia records, as last assigned to NATIONSTAR MORTGAGE LLC, by assignment, conveying the after-described property to secure a Note of even date in the original principal amount of $371,600.00, with interest at the rate specified therein, there will be sold by the undersigned at public outcry to the highest bidder for cash at the GWINNETT County Courthouse within the legal hours of sale on the first Tuesday in December, 2011, the following described property:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 345, 7TH DISTRICT, GWINNETT COUNTY, GEORGIA, BEING LOT 229, WILD TIMBER SUBDIVISION, PHASE 5A, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 86, PAGES 144-145, GWINNETT COUNTY RECORDS, WHICH PLAT AND LEGAL DESCRIPTION THEREON ARE INCORPORATED HEREIN BY REFERENCE THERETO SUBJECT TO ANY RIGHT OF WAY DEEDS OR OTHER EASEMENT OF RECORD.

The debt secured by said Deed to Secure Debt has been and is hereby declared due because of, among other possible events of default, failure to pay the indebtedness as and when due and in the manner provided in the Note and Deed to Secure Debt. Because the debt remains in default, this sale will be made for the purpose of paying the same and all expenses of this sale, as provided in the Deed to Secure Debt and by law, including attorney's fees (notice of intent to collect attorney's fees having been given).

The entity that has full authority to negotiate, amend, and modify all terms of the mortgage with the debtor is: NATIONSTAR MORTGAGE, 350 HIGHLAND DRIVE, Foreclosure, LEWISVILLE, TX 75067, . Please understand that the secured creditor is not required to negotiate, amend, or modify the terms of the mortgage instrument.

To the best knowledge and belief of the undersigned, the party/parties in possession of the subject property known as 6038 EAGLES REST TRAIL, SUGAR HILL, GEORGIA 30518 is/are: RONALD SCIORTINO AND JULIE F SCIORTINO or tenant/tenants.

Said property will be sold subject to (a) any outstanding ad valorem taxes (including taxes which are a lien, but not yet due and payable), (b) any matters which might be disclosed by an accurate survey and inspection of the property, and (c) all matters of record superior to the Deed to Secure Debt first set out above, including, but not limited to, assessments, liens, encumbrances, zoning ordinances, easements, restrictions, covenants, etc.

The sale will be conducted subject to (1) confirmation that the sale is not prohibited under the U.S. Bankruptcy Code; and (2) final confirmation and audit of the status of the loan with the holder of the security deed.

Pursuant to O.C.G.A. Section 9-13-172.1, which allows for certain procedures regarding the rescission of judicial and nonjudicial sales in the State of Georgia, the Deed Under Power and other foreclosure documents may not be provided until final confirmation and audit of the status of the loan as provided in the preceding paragraph.

NATIONSTAR MORTGAGE LLC as
Attorney in Fact for
RONALD SCIORTINO AND JULIE F SCIORTINO

THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

20110168300144

BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP
15000 Surveyor Boulevard
Addison, Texas 75001
Telephone: (972) 341-5398