# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBERT SCIORTINO on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARRETT DAFFIN FRAPPIE LEVIN & BROCK, LLP, and NATIONSTAR MORTGAGE, LLC,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO. 1:12-CV-1322-AT-WEJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Ronald Sciortino, on behalf of himself and all others similarly situated, and Defendants, Barrett, Daffin, Frappier, Levine & Brock and Nationstar Mortgage, LLC, the Plaintiff and Defendants in this consolidated action, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii) do stipulate to the dismissal of this action with prejudice. Each party shall bear its own costs and attorneys' fees.

This 24th day of June, 2013.

|  |  |
|---|---|
| /s/ Ainsworth G. Dudley<br>Ainsworth G. Dudley<br>Georgia Bar No. 231745<br>*Attorney for Plaintiff*<br><br>1451 Biltmore Drive, NE<br>Atlanta, GA 30329<br>770-861-7201<br>dudleylaw@imnisp.com | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**<br><br>/s/ John Hinton IV<br>Linda S. Finley<br>Georgia Bar No. 261515<br>John Hinton, IV<br>Georgia Bar No. 356887<br>Jonathan E. Green<br>Georgia Bar No. 307053<br>*Attorneys for Defendant, Barrett Daffin Frappier Levine & Brock, LLP*<br><br>Monarch Plaza, Suite 1600<br>3414 Peachtree Rd. NE<br>Atlanta, Georgia 30326<br>404-577-6000 / 404-221-6501 fax<br>lfinley@bakerdonelson.com<br>jhinton@bakerdonelson.com<br>jegreen@bakerdonelson.com |
| **MINSK & ASSOCIATES, LLC**<br><br>/s/ Stephen L. Minsk<br>Stephen L. Minsk<br>Georgia Bar No. 511366<br>*Attorney for Plaintiff*<br><br>1451 Biltmore Drive, NE<br>Atlanta, GA 30329<br>770-861-7201<br>stephenminsk@minskylaw.com | **BALCH & BINGHAM LLP**<br><br>/s/ Christopher Scott Anulewicz<br>Christopher Scott Anulewicz<br>Georgia Bar No. 020914<br>K. Alex Khoury<br>Georgia Bar No. 416978<br>*Attorneys for Defendant, NationStar Mortgage, LLC*<br><br>30 Ivan Allen Jr. Boulevard, NW<br>Suite 700<br>Atlanta, GA 30308<br>404-261-6020 / 866-317-8482 fax<br>canulewicz@balch.com<br>akhoury@balch.com |